IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Amalia Garcia and Victor Lozano, *on behalf of themselves and others similarly situated* Plaintiffs  v.  Laundry OPS, LLC; Laundry Growth Holdings, LLC; Paul Hansen; Olivia Duran and Does 1-3, Defendants. | Case No. 24-cv-2030  Hon. Kari L. Holleb Hotaling |

## JOINT DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs Amalia Garcia and Victor Lozano ("Plaintiffs") and Defendants Laundry OPS, LLC, Laundry Growth Holdings, LLC, Paul Hansen, and Olivia George (who was incorrectly named as Olivia Duran), (collectively, "Defendants," together with Plaintiffs, "Parties"), by their undersigned counsel, hereby jointly stipulate to the dismissal of this action as to all claims, with prejudice, with each party bearing its own fees and costs except as otherwise agreed by the Parties.

Dated: January 13, 2025

**LAUNDRY OPS, LLC, LAUNDRY GROWTH HOLDINGS, LLC, PAUL HANSEN, AND OLIVIA GEORGE**

/s/ Nicholas A. Simpson
One of Their Attorneys

Justin M. Dean (pro hac vice)
Nicholas A. Simpson
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illlinois  60601

Respectfully submitted,

**AMALIA GARCIA and VICTOR LOZANO, on behalf of themselves and others similarly situated**

/s/ Jorge Sanchez
One of Their Attorneys

Jorge Sanchez
Lopez & Sanchez , LLP
77 W. Washington St.
Suite 1313
Chicago, IL 60602

| | |
|---|---|
| Tel.: (312) 803-2547<br>Justin.Dean@jacksonlewis.com<br>Nicholas.Simpson@jacksonlewis.com<br><br>*Attorneys for Defendants* | Tel.: (312) 420-6784<br>jsanchez@lopezsanchezlaw.com<br><br>*Attorney for Plaintiffs* |